# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HUBBARD, | ) 1:07-cv-1225-LJO-SMS |
| Plaintiff, | ) ORDER TO PLAINTIFF TO PAY THE ) $350.00 FILING FEE OR, IN THE |
| v. | ) ALTERNATIVE, TO FILE A COMPLETE ) APPLICATION TO PROCEED IN FORMA ) PAUPERIS NO LATER THAN THIRTY |
| A.L.J. MR. CHRISTOPHER LARSEN, et al., | ) DAYS AFTER THE DATE OF SERVICE OF ) THIS ORDER |
| Defendants. | ) ORDER DIRECTING THE CLERK TO SEND ) TO PLAINTIFF WITH THIS ORDER A ) BLANK IN FORMA PAUPERIS APPLICATION FOR A PLAINTIFF WHO IS IN CUSTODY |
| | INFORMATIONAL ORDER TO PLAINTIFF RE: COURT TO SCREEN COMPLAINT AND DECIDE IF SERVICE IS WARRANTED |

Plaintiff is a state prisoner proceeding pro se with a civil action in which Plaintiff seeks review of the Social Security Administration's an unfavorable determination of his application for supplemental security income benefits. Plaintiff also seeks to recover damages for actions of the administrative law judge pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules

1

72-302 and 72-304.

I. <u>Application to Proceed in Forma Pauperis</u>

Plaintiff filed his complaint, but Plaintiff has neither paid the $350.00 filing fee nor submitted an application to proceed in forma pauperis. The case cannot proceed until Plaintiff pays the fee or submits a completed application to proceed in forma pauperis accompanied by an original, certified copy of Plaintiff's prison trust account statement for the entire six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2).

II. <u>Informational Order to Plaintiff regarding Screening of the Complaint</u>

Plaintiff IS INFORMED that if pursuant to this order, Plaintiff files a complete application to proceed in forma pauperis, and such application is thereafter granted, then before service of the complaint can be ordered, the Court will screen the complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) in order to determine if service should be directed.

Accordingly, IT IS ORDERED that

1. Plaintiff IS DIRECTED either to pay the $350.00 filing fee or to file a completed application to proceed in forma pauperis no later than thirty days after the date of service of this order; and

2. The Clerk of Court IS DIRECTED to send to Plaintiff with this order a copy of a blank application to proceed in forma pauperis for a person who is in custody; and

3. Plaintiff is informed that a failure to comply in a timely fashion with the Court's directions will be considered to

be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   August 28, 2007**              /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE