1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RICHARD HUBBARD,                    ) 1:07-cv-01225-LJO-SMS
                                    )
                    Plaintiff,      ) ORDER GRANTING PLAINTIFF'S
                                    ) REQUEST FOR AN EXTENSION OF TIME
        v.                          ) TO FILE OBJECTIONS (DOC. 9)
                                    )
ALJ MR. CHRISTOPHER LARSEN OF )
THE SOCIAL SECURITY                 ) ORDER PERMITTING PLAINTIFF TO
ADMINISTRATION, et al.,             ) FILE OBJECTIONS NO LATER THAN
                                    ) TWENTY DAYS AFTER THE DATE OF
                    Defendants.     ) SERVICE OF THIS ORDER
                                    )
                                    )
_____)

17   Plaintiff is a state prisoner proceeding in forma pauperis

18 and pro se with a civil action in this Court. The matter has been

19 referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)

20 and Local Rules 72-302(c)(15) and 72-303.

21   Pending before the Court is Plaintiff's request for an

22 extension of time filed on January 14, 2008.

23   On December 10, 2007, the undersigned Magistrate Judge filed

24 findings and recommendations concerning Plaintiff's first amended

25 complaint, which the Magistrate Judge concluded stated a claim

26 against the Commissioner of Social Security for review of an

27 unfavorable decision of the Commissioner with respect to

28 Plaintiff's claim for benefits, but which did not state a claim

1

for a violation of 42 U.S.C. § 1983 or a claim against the S.S.A.
Office of Disability Adjudication. The recommendation was that
the 1983 claim be dismissed, that Plaintiff be permitted to
proceed against the Commissioner on the one claim pursuant to 42
U.S.C. §§ 405(g) and 1383, and that the Court should thereafter
direct the issuance of a Social Security case scheduling order
and service of the complaint on the Commissioner. Plaintiff was
given thirty days in which to file objections, but no other
action by Plaintiff was requested or authorized.

On January 14, 2008, Plaintiff filed a request for an
extension of time to file "past 30 day deadline." Plaintiff did
not state that he wanted to file objections; instead, it appears
that Plaintiff wants to file documents he names (summons, USM-285
forms) that pertain to service of the complaint. He states that
the service documents are not available at his prison law
library, and he wants the forms as soon as possible so that he
can have them returned before the deadline.

Plaintiff apparently has interpreted the Magistrate Judge's
findings and recommendations as requiring Plaintiff to do
something concerning service within 30 days. However, the only
thing required of Plaintiff within the thirty-day period set
forth in the findings and recommendations was to either file
objections to the Magistrate Judge's findings and
recommendations, or not file objections. The District Judge will
be able to review the Magistrate Judge's findings and
recommendations, and order service of the first amended complaint
on the one claim only, only <u>after</u> the objections period has
passed. After the time period for filing objections has passed,

2

the District Judge will consider the findings and recommendations and either adopt them or not. If the District Judge adopts the findings and recommendations, the Court will <u>then</u> order service of the complaint. Thus, any concern with service documents is premature.

The Court reiterates that if the District Judge adopts the findings and recommendations, the Court will direct service, and the clerk of the Court will be directed to send the appropriate service forms to Plaintiff without Plaintiff's having to do anything to obtain the forms.

The thirty-day period for objections was given to Plaintiff in case Plaintiff objected to the Magistrate Judge's conclusion that Plaintiff should be permitted to proceed only on the Social Security claim, and not on the § 1983 claim or the claim against a party other than the Commissioner.

Plaintiff has stated that he wants to complete service documents. It thus appears that Plaintiff agrees with the Magistrate's findings and recommendations that he should be able to proceed with his Social Security claim. Therefore, it is extremely unlikely that Plaintiff would want to file objections to the Magistrate Judge's findings and recommendations. However, Plaintiff has also asked for an extension of time and has exhibited some confusion about the meaning of the findings and recommendations.

Therefore, in an abundance of caution, and just in case the Plaintiff wants to object to the Magistrate Judge's findings and recommendations, the Court GRANTS Plaintiff's request for an extension of time. Plaintiff MAY FILE objections no later than

3

1   twenty days after the date of service of this order.

2       Plaintiff IS INFORMED that once the twenty-day period has

3   passed, the matter will be submitted to the District Judge, who

4   will then consider the Magistrate Judge's findings and

5   recommendations. If the District Judge adopts the Magistrate

6   Judge's recommendation, service will then be ordered.

7

8   IT IS SO ORDERED.

9   **Dated:   January 15, 2008              /s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE