1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  RICHARD HUBBARD,                    1:07-cv-01225-LJO-SMS

12           Plaintiff,            **ORDER ADOPTING FINDINGS**
                                   **AND RECOMMENDATION** (Doc. 8)
13  vs.

                                   **ORDER DISMISSING FIRST AMENDED**
14  ALJ MR. CHRISTOPHER LARSEN     **COMPLAINT**
    OF THE SOCIAL SECURITY         (Doc. 7)
15  ADMINISTRATION, et al.,
                                   **ORDER DISMISSING 1983 CLAIM**
16           Defendants.

                                   **ORDER DIRECTING CLERK TO ISSUE**
17  _____/      **SOCIAL SECURITY SCHEDULING**
                                   **ORDER, ETC.**
18

19       Plaintiff, Richard Hubbard ("plaintiff"), is a state

20  prisoner proceeding pro se and in forma pauperis with a civil

21  action in this Court.  The matter has been referred to a United

22  States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local

23  Rule 72-302(c)(15) and 72-303.

24       On December 10, 2007, the Magistrate Judge filed Findings

25  and a Recommendation herein which were served on plaintiff and

26  which contained notice to plaintiff that any objections to the

27  Findings and Recommendation were to be filed within thirty (30)

28  days.  On January 14, 2008, plaintiff filed a motion to extend

                                    1

1  time.  On January 16, 2008, the court granted plaintiff an

2  additional twenty (20) days within which to respond.  On January

3  28, 2008, plaintiff filed a request to dismiss the extension of

4  time as not necessary, stated he had no objections thereto, and

5  requested that his first amended complaint be forwarded to the

6  District Judge for review.

7  In accordance with the provisions of 28 U.S.C.

8  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

9  de novo review of this case.  Having carefully reviewed the

10  entire file, the Court finds the Findings and Recommendation to

11  be supported by the record and by proper analysis.

12  Accordingly, IT IS HEREBY ORDERED that:

13  1.    The Findings and Recommendation, filed December 10,

14  2007, are ADOPTED IN FULL;

15  2.    Plaintiff's first amended complaint against the S.S.A.

16  Office of Disability Adjudication, filed November 8, 2007, is

17  DISMISSED, without leave to amend, for failure to state a claim

18  or a basis for jurisdiction in this Court;

19  3.    Plaintiff's claim pursuant to 42 U.S.C. § 1983 is

20  DISMISSED, without leave to amend, for failure to state a claim

21  or a basis for jurisdiction in this Court;

22  4.    Service is appropriate on the Commissioner of Social

23  Security, Michael J. Astrue, with respect to plaintiff's claim

24  against the Commissioner of the SSA pursuant to 42 U.S.C.

25  §§ 405(g) and 1383;

26  5.    The Clerk of Court issue a Scheduling Order

27  customarily issued in social security cases;

28  //

6.   The Clerk of Court send plaintiff:

     A.   one USM-285 form

     B.   one summons

     C.   instruction sheet

     D.   notice of submission of documents form

     E.   instruction sheet

     F.   copy of his first amended complaint (Doc. 7);

7.   Plaintiff complete the Notice of Submission of Documents form and submit it to the Court, within **thirty (30) days** from the date of service of this order, together with the following:

     A.   completed summons

     B.   one completed USM-285 form for each defendant

     C.   three (3) copies of the endorsed first amended complaint filed November 8, 2007; and

8.   The Clerk of Court, upon receipt of the above documents, forward them to the United States Marshal for service on above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

**Dated:    February 3, 2008           _____/s/ Lawrence J. O'Neill_____**
                                   UNITED STATES DISTRICT JUDGE