1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

RICHARD HUBBARD,                    ) 1:07-cv-01225-LJO-SMS
10                                   )
                    Plaintiff,       ) ORDER DIRECTING DEFENDANT TO FILE
11       v.                          ) A COPY OF THE "WARRANT FOR
                                     ) REMAND" DOCUMENT RECEIVED BY
12   ALJ MR. CHRISTOPHER LARSEN OF   ) COUNSEL FOR DEFENDANT
     THE SOCIAL SECURITY             )
13   ADMINISTRATION, et al.,         ) ORDER DEFERRING ACTION ON
                                     ) DEFENDANT'S MOTION FOR
14                  Defendants.      ) CLARIFICATION AND REQUEST FOR
                                     ) EXTENSION OF TIME PENDING RECEIPT
15                                   ) OF A COPY OF THE DOCUMENT BY THE
     _____) COURT (DOC. 25)
16
                                       INFORMATIONAL ORDER TO PLAINTIFF
17

18

19        Plaintiff is a state prisoner proceeding in forma pauperis

20   and pro se with a civil action in this Court. Pursuant to 28

21   U.S.C. § 636(c), both parties have consented to the Magistrate's

22   jurisdiction to conduct all proceedings, including ordering the

23   entry of judgment.

24        On December 17, 2008, the Court discharged an order to show

25   cause that had issued to Plaintiff and deemed Plaintiff's

26   previously filed request for an extension of time to be

27   Plaintiff's opening brief; the Court set forth deadlines for

28   Defendant's filing of a responsive brief and the filing of any

                                   1

1  reply by Plaintiff.

2       Pending before the Court is Defendant's motion for
3  clarification and for an extension of time to file Defendant's
4  responsive brief, filed on January 29, 2009, well within the
5  forty-five day period set by the Court in December for the filing
6  of Defendant's brief. In the motion, Defendant informed the Court
7  that after the Court had directed Respondent to treat Plaintiff's
8  previously filed document as the opening brief, Defendant
9  "received" a document entitled "Warrant for Remand" from
10 Plaintiff. (Mot. p. 1.) Defendant requested the Court to clarify
11 whether it wished Defendant to follow the Court's order to
12 respond to the request for extension of time as a brief, or
13 instead to Plaintiff's warrant for remand. Defendant further
14 requested thirty days after the issuance of clarification within
15 which to file the responsive brief.

16      The Court has not been served with any "Warrant for Remand."

17      Defendant IS DIRECTED to file with the Court no later than
18 ten days after the date of service of this order a copy of the
19 "Warrant for Remand" received from Plaintiff so that the merits
20 of the motion for clarification and for an extension may be
21 further considered.

22

23 IT IS SO ORDERED.

24 **Dated:   February 4, 2009**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

2